**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7239**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRED SHORES, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, Chief District Judge. (CR-90-49, CA-97-146-5-MU)

---

Submitted: January 7, 1999          Decided: January 19, 1999

---

Before WIDENER,[*] MURNAGHAN, and ERVIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Fred Shores, Jr., Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

[*] Judge Widener did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fred Shores, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Shores, Nos. CR-90-49; CA-97-146-5-MU (W.D.N.C. Aug. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2